USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DESIREE D. RIVERA on behalf of MLF,

                    Plaintiff,

        -against-

COMMISSIONER OF SOCIAL SECURITY.

                    Defendant.
------------------------------------------------------------X

17 Civ. 4543 (LGS)

**ORDER**

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, on July 6, 2018, Judge Fox issued a Report and Recommendation to grant Defendant's motion for judgment on the pleadings (Dkt. No. 14);

WHEREAS, as stated in Judge Fox's July 6, 2018, Report and Recommendation, the parties "have fourteen (14) days from service of this Report to file written objections" (Dkt. No. 14);

WHEREAS, no timely objection was filed;

WHEREAS, in reviewing a Report and Recommendation of a magistrate judge, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Poulos, v. City of New York*, No. 14 Civ. 3023, 2018 WL 3745661, at *1 (S.D.N.Y. Aug. 6, 2018) (internal quotation marks omitted).

WHEREAS, the Court finds no clear error on the face of the record. It is hereby

**ORDERED** that the Report and Recommendation is adopted.  For the reasons stated in the Report and Recommendation, Defendant's motion for judgment on the pleadings is GRANTED.

The Clerk of Court is respectfully directed to close the case and all pending motions.

Dated: August 8, 2018
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**